IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARLENE LEE,<br><br>    Petitioner,<br><br>v.<br><br>METLIFE GROUP TERM LIFE<br>INSURANCE COMPANY,<br><br>    Respondent.<br><br>and<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>v.<br><br>ARLENE LEE, SHELLA FLEETWOOD,<br>RUSSELL LEE, WILDER'S FUNERAL<br>HOME, INC., and JOHN DOE, *as*<br>*Administrator of the Estate of John Ellis*<br>*Bazemore*,<br><br>    Defendants-in-Interpleader. | Case No. 5:19-CV-244-D |

## ORDER

This matter is before the Court on the motion of Plaintiff-in-Interpleader Metropolitan Life Insurance Company ("MetLife") to join Shella Fleetwood; Russell Lee; Wilder's Funeral Home, Inc.; and John Doe, as Administrator of the Estate of John Ellis Bazemore (the "Additional Defendants") as additional counterclaim defendants pursuant to Rules 13, 19, and 20 of the Federal Rules of Civil Procedure. The Court finds that the Additional Defendants are

necessary parties to the interpleader action and finds that good cause exists to join the Additional Defendants as additional counterclaim defendants.

IT IS THEREFORE ORDERED that Shella Fleetwood; Russell Lee; Wilder's Funeral Home, Inc.; and John Doe, as Administrator of the Estate of John Ellis Bazemore are hereby joined as defendants in MetLife's counterclaim in interpleader. The Clerk shall issue summons to the defendants as requested by MetLife.

SO ORDERED. This the __29__ day of July 2019.

James C. Dever III
United States District Judge